**KURT BONDS, ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

-*-

| | |
|---|---|
| DAVID S. OGBURN, | Case No. 2:19-cv-00580-JAD-GWF |
| Plaintiff, | |
| v. | **EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| TRANSUNION, LLC, RUSHMORE LOAN MANAGEMENT SERVICES, | |
| Defendant. | **(FIRST REQUEST)** |

Plaintiff David S. Ogburn ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On April 5, 2019, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is April 29, 2019. Trans Union requires additional time to locate and assemble the documents relating to Plaintiff's claims and allegations.

**ALVERSON TAYLOR & SANDERS**
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including May 20, 2019. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

**ALVERSON TAYLOR & SANDERS**

*/s/ Trevor R. Waite*

Kurt Bonds
Nevada Bar No. 6228
Trevor Waite
Nevada Bar No. 13779
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-700
kbonds@alversontaylor.com
twaite@alversontaylor.com
***Counsel for Trans Union LLC***

**HAINES & KRIEGER, LLC**

*/s/ David H. Krieger*

David H. Krieger, Nevada Bar No. 9086
8985 S. Eastern Ave, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
dkrieger@hainesandkrieger.com
***Counsel for Plaintiff***

**ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this __30th__ day of _____April_____ 2019.

*George Foley Jr.*
**HONORABLE JUDGE GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE**