NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Rushmore Loan Management Services*

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID S. OGBURN, <br><br>　　　　　　　　　　Plaintiff, <br><br>vs. <br><br>TRANSUNION, LLC; RUSHMORE LOAN MANAGEMENT SERVICES, <br><br>　　　　　　　　　　Defendants. | Case No. 2:19-cv-00580-JAD-GWF <br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br>**(FIRST REQUEST)** |

Plaintiff David S. Ogburn, and Defendant Rushmore Loan Management Services (**Rushmore**), hereby stipulate and agree that Rushmore shall up to and including **June 10, 2019**, to file its response to the plaintiff's complaint, which was due on April 29, 2019. The complaint was filed on April 5, 2019.

…

…

…

…

…

…

…

…

48785300;1

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 2nd day of May 2019.

| **AKERMAN LLP** | **HAINES & KRIEGER, LLC** |
|---|---|
| /s/ *William S. Habdas* | /s/ *David H. Krieger* |
| NATALIE L. WINSLOW, ESQ. | DAVID H. KRIEGER, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 9086 |
| WILLIAM S. HABDAS, ESQ. | 8985 S. Eastern Avenue, Suite 350 |
| Nevada Bar No. 13138 | Henderson, NV 89123 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | |
| *Attorneys for Rushmore Loan Management Services* | *Attorneys for David S. Ogburn* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

**DATED:** 5/3/2019

{38711120;1}
48785300;1

2