| | |
|---|---|
| NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>**AKERMAN LLP**<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>Telephone: (702) 634-5000<br>Facsimile: (702) 380-8572<br>Email: natalie.winslow@akerman.com<br>Email: william.habdas@akerman.com<br><br>*Attorneys for Rushmore Loan Management Services* | |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID S. OGBURN,<br><br>                Plaintiff,<br>vs.<br><br>TRANSUNION, LLC; RUSHMORE LOAN MANAGEMENT SERVICES,<br><br>                Defendants. | Case No. 2:19-cv-00580-JAD-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff David S. Ogburn, and Defendant Rushmore Loan Management Services (**Rushmore**), hereby stipulate and agree that Rushmore an additional twenty (20) days, up to and including **July 1, 2019**, to file its response to the plaintiff's complaint, which is due on June 10, 2019. The complaint was filed on April 5, 2019.

…

…

…

…

…

…

…

…

48934992;1

This is the parties' second request for an extension of this deadline. The parties are engaged in detailed negotiations for settlement that may be fruitful and need additional time to review offers and documents. The request is not intended to cause any delay or prejudice to any party.

DATED this 17th day of May 2019.

| **AKERMAN LLP** | **HAINES & KRIEGER, LLC** |
|---|---|
| /s/ *William S. Habdas* | /s/ *David H. Krieger* |
| NATALIE L. WINSLOW, ESQ. | DAVID H. KRIEGER, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 9086 |
| WILLIAM S. HABDAS, ESQ. | 8985 S. Eastern Avenue, Suite 350 |
| Nevada Bar No. 13138 | Henderson, NV 89123 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | |
| *Attorneys for Rushmore Loan Management Services* | *Attorneys for David S. Ogburn* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No. 2:19-cv-00580-JAD-GWF

DATED: __5/20/2019_____