Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID S. OGBURN,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC; and RUSHMORE LOAN MANAGEMENT SERVICES,<br><br>Defendants. | Case No.: 2:19-cv-00580-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Plaintiff David S. Ogburn ("Plaintiff"), by and through his counsel of record, and Defendant Trans Union LLC ("Trans Union") have agreed and stipulated to the following:

1. On April 5, 2019, Plaintiff filed a Complaint [ECF Dkt. 1].

2. On May 20, 2019, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt.14].

3. On June 3, 2019, Plaintiff filed an Amended Complaint [ECF Dkt. 16].

4. On June 17, 2019 Trans Union filed a Motion to Dismiss the Amended Complaint [ECF Dkt. 19].

5. Plaintiff's Response is due July 1, 2019.

6. Plaintiff and Trans Union have agreed to extend Plaintiff's response ten days in order to allow Plaintiff's counsel, who just made their first appearance on June 27, 2019 [ECF Dkt. 20], to allow counsel to engage in settlement negotiations, to review the matter and to contact the clients to address Trans Union pending motion to dismiss and obtain approval to file the response, should settlement negotiations prove unsuccessful. As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Amended Complaint until **July 11, 2019**. This stipulation is made in good faith, is not

//
//
//
//
//
//
//
//
//
//

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 2

interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.
Dated July 1, 2019.

| **KNEPPER & CLARK LLC** | **ALVERSON TAYLOR & SANDERS** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Trevor Waite* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com | Kurt R. Bonds, Esq.<br>Nevada Bar No. 6228<br>Trevor Waite, Esq.<br>Nevada Bar No. 13779<br>Email: kbonds@alversontaylor.com<br>Email: twaite@alversontaylor.com |
| **HAINES & KRIEGER LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>Email: dkrieger@hainesandkrieger.com | *Counsel for Defendant*<br>*Trans Union LLC* |
| *Counsel for Plaintiff* | |

## ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: July 2, 2019.